# AMERICAN NATIONAL BANK OF WASHINGTON v. TAPPAN.

## ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MASSACHUSETTS.

No. 837. Submitted May 16, 1910.—Decided May 31, 1910.

Judgment of the Circuit Court dismissing a case for want of jurisdiction affirmed without opinion.

THIS case was dismissed for want of jurisdiction. In its brief plaintiff in error contended that this suit was properly brought in the Circuit Court upon the ground

that it is one arising under the laws of the United States, there being two reasons for so classifying it. The first reason being that this cause of action is given by the law of the District of Columbia, and that, as expressly decided by this court in the case of *Cohens* v. *Virginia*, 6 Wheat. 264, when a right given by the acts of Congress passed for the District of Columbia is asserted the case is one arising under the laws of the United States within the meaning of the Constitution and of the Judiciary Act.

The second reason is that a national bank having its habitat in the District of Columbia is entitled to sue in the Circuit and District Courts as a Federal corporation, its location exempting it from the operation of those acts which deny to national banks located in States the right to sue in the Circuit and District Courts on the ground of their Federal origin.

*Mr. Benjamin S. Minor, Mr. Horace B. Stanton, Mr. Edward A. Adler, Mr. B. Devereux Barker,* and *Mr. Chandler M. Wood* for plaintiff in error.

*Mr. Alexander Wolf* and *Mr. Edward S. Goulston* for defendant in error.

*Per Curiam.* Judgment affirmed with costs without opinion.